IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | All Cases in Exhibit A |

## ORDER

This Order applies to every newly transferred West Virginia case that was filed by the Calwell Practice, PLLC. The cases are listed in Exhibit A (this Order does not apply to closed cases that may appear on the list).

Since December, I've entered over 1,000 orders dismissing Defendants in cases filed by the Calwell Practice. It appears that in many of the cases the dismissed Defendants should not have been sued. Since the end to filing these dismissals does not appear to be in sight, I've come up with a remedy.

The parties are directed to "meet and confer" to determine which Defendants should be in each case. **After "meeting and conferring," Plaintiffs must file amended complaints removing all unnecessary Defendants (without further leave from the Court) by 5 p.m., Tuesday, March 31, 2009. The first paragraph of each amended complaint must set out which Defendant(s) are dismissed based on the amended complaint.**

If, at a later time, additional motions to dismiss are filed, and it appears that the Defendants should not have been named in the Amended Complaint, I may well impose sanctions.

IT IS SO ORDERED this 2nd day of February, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1

## Exhibit A

| | |
|---|---|
| Nancy Lucion, | 4:08-cv-3890 |
| Patricia Lyons and Ronald Lyons, | 4:08-cv-3891 |
| Frances Macknight and James Macknight, | 4:08-cv-3892 |
| Nancy Marcum and Van Marcum, Jr., | 4:08-cv-3893 |
| Juanita Marshall and Roscoe Marshall, | 4:08-cv-3894 |
| | |
| Imogene Mason and Richard Mason, | 4:08-cv-3895 |
| Beverly Massey and Larry Massey, | 4:08-cv-3896 |
| Charles Maxwell, Executor of the Estate of Dianna Maxwell, | 4:08-cv-3897 |
| Juanita May, | 4:08-cv-3898 |
| Judy May, | 4:08-cv-3899 |
| | |
| Phyllis May, | 4:08-cv-3900 |
| Pansy Mayes and William Mayes, | 4:08-cv-3901 |
| Dolores Mayle and Selvy Mayle, Jr., | 4:08-cv-3902 |
| Mary Maynard and Paul Maynard, Sr., | 4:08-cv-3903 |
| Ila Maynor and Robert Maynor, | 4:08-cv-3904 |
| | |
| Mary Mayo and George Mayo, | 4:08-cv-3905 |
| Helen McClure and Marvin McClure, | 4:08-cv-3906 |
| Donna McCormick, | 4:08-cv-3908 |
| Terry McElroy, | 4:08-cv-3910 |
| Betty McGraw and Barry McGraw, | 4:08-cv-3912 |
| | |
| Alice McManaman and Garnet McManaman, | 4:08-cv-3915 |
| Arlene McMillion, | 4:08-cv-3916 |
| Clara Means and Ronald Means, | 4:08-cv-3953 |
| Teresa White and John S. White, | 4:08-cv-3954 |
| Linda Means and Steven Means, | 4:08-cv-3956 |
| | |
| Helen Meronuk and John Meronuk, | 4:08-cv-3960 |
| Cloudia Metts, | 4:08-cv-3963 |
| Evelyn Metz and Paul Metz, | 4:08-cv-3962 |
| Loranna Midkiff, | 4:08-cv-3967 |
| Jane Milam and Richard Milam, | 4:08-cv-3969 |
| | |
| Matthew Alan Miles, Executor of the Estate of Elizabeth Miles, | 4:08-cv-3971 |
| Anna Miller, | 4:08-cv-3973 |
| Mary Miller, | 4:08-cv-3975 |
| Sally Miller and John T. Miller, | 4:08-cv-3977 |
| Violet Miller and Donald Miller, | 4:08-cv-3982 |
| | |
| Iva Mitchell, | 4:08-cv-3985 |
| Linda Moncrief and Ronald Moncrief, | 4:08-cv-3983 |
| Margaret Monroe and Gordon N. Monroe, | 4:08-cv-3987 |
| Sylvia Monty, | 4:08-cv-3989 |
| Wilma Morgan and Raymond E. Morgan, | 4:08-cv-3991 |

| | |
|---|---|
| Helen Mounts, | 4:08-cv-4006 |
| Lois Mounts, | 4:08-cv-4004 |
| Debra Mullins and John Mullins, | 4:08-cv-4002 |
| Jennetie Muncy, | 4:08-cv-4001 |
| Alice Murphy and Harold Murphy, | 4:08-cv-4014 |
| | |
| Sandra Murphy, | 4:08-cv-3998 |
| Virginia Murphy, | 4:08-cv-3996 |
| Barbara Mutters and William Mutters, | 4:08-cv-4020 |
| Linda Napier and Edgar Napier, | 4:08-cv-4021 |
| Nancy Napier and George Napier, | 4:08-cv-4018 |
| | |
| Judith Neace and Lloyd Neace, | 4:08-cv-4012 |
| Betty Newman and Ray Newman, | 4:08-cv-4010 |
| Florence Nichols and Billy Nichols, | 4:08-cv-4011 |
| Josetta Noble and Larry Noble, | 4:08-cv-4022 |
| Teresa Noe, | 4:08-cv-4023 |
| | |
| Alice Null, | 4:08-cv-4026 |
| Betty Nutter, | 4:08-cv-4029 |
| Isabelle Nutter, | 4:08-cv-4031 |
| Peggy Nutter, | 4:08-cv-4034 |
| Margarette Offutt and Frank Offutt, | 4:08-cv-3672 |
| | |
| Josephine Ohler and Leslie Ohler, | 4:08-cv-4037 |
| Carol Overbaugh and Jimmy Overbaugh, | 4:08-cv-4039 |
| Dana Pack and Rodney Pack, | 4:08-cv-4043 |
| The Estate of Anita Paden, | 4:08-cv-4045 |
| Martha Painter and Glen Painter, | 4:08-cv-4048 |
| | |
| Carolyn Pauley and Bervin Pauley, | 4:08-cv-4051 |
| Lindsey Parsley, | 4:08-cv-4054 |
| Joann Paxton, | 4:08-cv-4053 |
| Linda Payne and Mickey Payne, | 4:08-cv-4056 |
| Sharon Pemberton and Roger Pemberton, | 4:08-cv-4062 |
| | |
| Brenda Pennington and Paul Pennington, | 4:08-cv-4065 |
| Mary Perkins and Ronald Perkins, | 4:08-cv-4067 |
| Brenda Perrine and Gary Perrine, | 4:08-cv-4069 |
| Dorothy Perry and Dolphus Perry, | 4:08-cv-4071 |
| Linda Perry, | 4:08-cv-4078 |
| | |
| Louella Perry and Sam Perry, | 4:08-cv-4080 |
| Sheila Peters, | 4:08-cv-4081 |
| Delores Phillips and Charles E. Phillips, | 4:08-cv-4082 |
| Elizabeth Pickrell, | 4:08-cv-4085 |
| Jane Pierce and Richard Pierce, | 4:08-cv-4086 |

| Plaintiff | Case No. |
|---|---|
| Sharon Poe and Raymond V. Poe, | 4:08-cv-4087 |
| Connie Porter &Ronald Mcmillion, Co-executors of the Estate of Elizabeth Mcmillion, | 4:08-cv-4088 |
| Marlene Price, | 4:08-cv-4089 |
| Rowena Pritchett, | 4:08-cv-4090 |
| Vivian Pursley and Jack Pursley, | 4:08-cv-4091 |
| Mary Ramey, | 4:08-cv-4092 |
| Dorothy Ray, | 4:08-cv-4096 |
| Brenda Raynes and Delbert Raynes, | 4:08-cv-4093 |
| Lillian Raynes and Clyde Raynes, | 4:08-cv-4094 |
| Christina Rice and Larry Rice, | 4:08-cv-4097 |
| Clara Rigney and Kenneth Rigney, | 4:08-cv-4095 |
| Judy Roberts and Ronald Roberts, | 4:08-cv-4099 |
| Teresa Roberts and Frank Roberts, | 4:08-cv-4100 |
| Caroline Robinson, | 4:08-cv-4101 |
| Charlotte Robinson, | 4:08-cv-4103 |
| Wanda Robinson, | 4:08-cv-4102 |
| Gladys Rogers and Jerry Rogers, | 4:08-cv-4106 |
| Sharron Rogers and Donald Rogers, | 4:08-cv-4104 |
| Cheryl Rorie, | 4:08-cv-3907 |
| Harold Ross, Executor of the Estate of Irene Ross, | 4:08-cv-3909 |
| Katheryn Ross, | 4:08-cv-3911 |
| Thelma Roy and Earl Roy, Sr., | 4:08-cv-3913 |
| Betty Runyan and Richard Runyan, | 4:08-cv-3914 |
| Connie Rutherford, | 4:08-cv-3917 |
| Phyllis Samples, | 4:08-cv-3918 |
| Barbara Sams, | 4:08-cv-3919 |
| Judith Sarrett and Larry Sarrett, | 4:08-cv-3920 |
| Cheryl Satterfield, | 4:08-cv-3921 |
| Doris Saunders and Carl Saunders, | 4:08-cv-3923 |
| Tammy Saunders and Dennis Saunders, | 4:08-cv-3922 |
| Lou Ann Scaggs and Jerry Scaggs, | 4:08-cv-3924 |
| Myrtle Scaggs and Treaby Scaggs, | 4:08-cv-3926 |
| Frances Scarbro and James Scarbro, | 4:08-cv-3927 |
| Thomasina Schaffer and Joseph Schaffer, | 4:08-cv-3930 |
| Karen Schagat and Klaus Schagat, | 4:08-cv-3929 |
| Jennifer Schmidt and Donald Schmidt, | 4:08-cv-3928 |
| Judith Schultz and Dewey Schultz, | 4:08-cv-3931 |
| Minnie Scott and Joseph Scott, | 4:08-cv-3932 |
| Mellie Seabolt and Donald Seabolt, | 4:08-cv-3933 |
| Marilyn Settle and Alfred Ray Settle, | 4:08-cv-3809 |

| | |
|---|---|
| Anne Sexton and James Sexton, | 4:08-cv-3934 |
| Barbara Shaffer and Roger Shaffer, | 4:08-cv-3935 |
| Myrtle Shamblin and Billy Shamblin, | 4:08-cv-3936 |
| Jackolin Shiels, | 4:08-cv-3937 |
| Philippa Shores and Kenneth Shores, | 4:08-cv-3938 |
| | |
| Jeanette Shumar, | 4:08-cv-3939 |
| Bonnie Siders and Floyd Siders, | 4:08-cv-3940 |
| Sandra Simmons and James Simmons, | 4:08-cv-3941 |
| Gency Simpson and Freddie Simpson, | 4:08-cv-3942 |
| Rhetta Skaggs, | 4:08-cv-3948 |
| | |
| Yvonna Sloan and Calvin Sloan, | 4:08-cv-3947 |
| Annemarie Slone and Theodore Slone, | 4:08-cv-3946 |
| Barbara Smith and John Smith, | 4:08-cv-3944 |
| Jackie Smith, | 4:08-cv-3945 |
| Josephine Smith, | 4:08-cv-3949 |
| | |
| Rhodonna Smith and Roy Smith, | 4:08-cv-3951 |
| Alice Spainhour and Richard Spainhour, | 4:08-cv-3950 |
| Regenia Stamper and Henry Stamper, | 4:08-cv-3952 |
| Carolyn Stanley, | 4:08-cv-3955 |
| Audalene Starr, | 4:08-cv-3957 |
| | |
| Doreen Steele and Youngea Bill Steele, Jr., | 4:08-cv-3958 |
| Linda Steen and Karl Steen, | 4:08-cv-3959 |
| Alice Stowers and Paul Stowers, | 4:08-cv-3964 |
| Shirley Stroehman and William Stroehman, | 4:08-cv-3961 |
| Julia Sturgell and Sherman Sturgell, | 4:08-cv-3965 |
| | |
| Hazel Summerville, | 4:08-cv-3966 |
| Bonnie Sutphin, | 4:08-cv-3968 |
| Geraldine Sweeney and Charles Sweeney, | 4:08-cv-3970 |
| Vicenta Taisacan, | 4:08-cv-3972 |
| Betty Talbert, | 4:08-cv-3974 |
| | |
| Charlotte Taylor, | 4:08-cv-3976 |
| Irene Taylor, | 4:08-cv-3980 |
| Juanita Taylor, | 4:08-cv-3978 |
| Navonda Tenney and Dennis Tenney, | 4:08-cv-3984 |
| Connie Thomas and Bobby Thomas, | 4:08-cv-3986 |
| | |
| Brenda Thompson, | 4:08-cv-3988 |
| Liddie Thompson and Teddy Thompson, | 4:08-cv-3992 |
| Susie Thompson and Jerry Thompson, | 4:08-cv-3990 |
| Juanita Tickle, | 4:08-cv-4007 |
| Debra Tilley and David Tilley, | 4:08-cv-4005 |

| | |
|---|---|
| Beverly Tilson and Danny Glen Tilson, | 4:08-cv-4003 |
| Goldie Tomblin, | 4:08-cv-4000 |
| Nancy Toncray, | 4:08-cv-3999 |
| Antha Tooley and John Tooley, | 4:08-cv-3995 |
| Barbara Traeger, | 4:08-cv-3994 |
| | |
| Joann Truman and Okey Truman, | 4:08-cv-4019 |
| Shirley Tucker and Luther Tucker, | 4:08-cv-4015 |
| Faye Turley and Charles Turley, | 4:08-cv-4008 |
| Lisa Tuttle, | 4:08-cv-4013 |
| Dorothy Upton and Philip Upton, | 4:08-cv-4009 |
| | |
| Brenda Utt and James Utt, | 4:08-cv-4017 |
| Susan Vance and Henry Lee Vance, | 4:08-cv-4024 |
| Rebecca Vice and Michael Vice, | 4:08-cv-4025 |
| Julie Walker and Lawrence Walker, | 4:08-cv-4027 |
| Mary Walker and June D. Walker, | 4:08-cv-4030 |
| | |
| Peggy Wallace and Douglas Wallace, | 4:08-cv-4028 |
| Roberta Wallace and Bobby Wallace, | 4:08-cv-4032 |
| Patricia Waller, | 4:08-cv-4033 |
| Ella Walls and Mayford Walls, | 4:08-cv-4035 |
| Helen Ward and Donald Ward, | 4:08-cv-4038 |
| | |
| Janet Wardle and Harvey Wardle, | 4:08-cv-4040 |
| Agnes Watt and William Watt, | 4:08-cv-4041 |
| Julia Watts and Robert Watts, | 4:08-cv-4044 |
| Marilyn Weaver and George Weaver, | 4:08-cv-4046 |
| Norma Weaver and Robert Weaver, | 4:08-cv-4049 |
| | |
| Elva Weekley, | 4:08-cv-4050 |
| Linda Weis and Russell Weis, | 4:08-cv-4052 |
| Carroll Westfall, | 4:08-cv-4055 |
| Sheila Wheeler and Harry Wheeler, | 4:08-cv-4058 |
| Kenneth Whitt, Administrator of the Estate of Sylvia Whitt, | 4:08-cv-4059 |
| | |
| Paulette Wiley and Thomas Wiley, | 4:08-cv-4060 |
| Sharon Williams, | 4:08-cv-4061 |
| Cheryl Wimer-hoffman, | 4:08-cv-4063 |
| Bernice Wilson and George Wilson, | 4:08-cv-4064 |
| Carol Wimmer and Billy Wimmer, | 4:08-cv-4066 |
| | |
| Ramona Wolfe and Ted Wolfe, | 4:08-cv-4068 |
| Maxine Workman, | 4:08-cv-4070 |
| Moss Workman, Administrator of the Estate of Jane Workman, | 4:08-cv-4076 |
| Judith Xenos and Emanuel Xenos, | 4:08-cv-4073 |
| Sherry Youell and George Youell, | 4:08-cv-4077 |
| | |
| Helen Young and Hobart Young, | 4:08-cv-4083 |
| Mary Young, | 4:08-cv-4084 |